**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, kba@cjmlv.com
*Attorneys for Plaintiff Board of Trustees*
*of the Southern Nevada Glaziers and*
*Fabricators Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>J & M GLASS, LLC, an Arizona limited liability company; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00413-JCM-DJA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date:  N/A<br>Time:  N/A |

The Plaintiff, the Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust Fund ("Plaintiff" or "Trust Fund"), acting by and through its attorneys, Christensen James & Martin, Chtd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of voluntary dismissal of all Causes of Action asserted herein against all Defendants, without prejudice as to the Causes of Action and Prayer for Relief related to an audit, but with prejudice as to all other claims. The Plaintiffs hereby expressly reserve all rights granted by the Labor Agreement, Trust Agreement, and governing law to audit the records of, and

///

///

1 | collect any delinquency from, J & M Glass, LLC.

2 | DATED this 3rd day of May, 2021.    CHRISTENSEN JAMES & MARTIN, CHTD.

By:  /s/ Wesley J. Smith
    Wesley J. Smith, Esq. (11871)
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Telephone: (702) 255-1718
    Facsimile: (702) 255-0871
    Email: wes@cjmlv.com
    *Attorneys for Plaintiff Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust Fund*

## CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ **ELECTRONIC SERVICE:** Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ **UNITED STATES MAIL:** By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ **OVERNIGHT COURIER:** By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ **FACSIMILE:** By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**

By: ___*/s/ Natalie Saville*___